# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Breanna C. Webb,

v.                                   PLAINTIFF(S)

Pepperdine University,

DEFENDANT(S)

CASE NUMBER

2:24-cv-05804-WDK-RAO

**ORDER ON REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**(NON-PRISONER CASE)**

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it.  On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.      ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees.  This is what is missing:

Please see attached.

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
    ☐ The action is frivolous or malicious.
    ☐ The action fails to state a claim upon which relief may be granted.
    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

(1) Refile a fully completed Request on the Court's CV-60 form, including disclosing all sources of income and their amounts, as well as all assets, and separately addressing the discrepancy attached in a statement not to exceed one page; OR

(2) Pay the full filing fee of $402.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

July 29, 2024
_____
Date

WILLIAM D. KELLER
_____
United States District Judge

It is unclear from the Request how much income Plaintiff receives from grants: "I apply for grants to help with bills," and how Plaintiff pays $2,800 in rent without any income besides public-assistance. Doc. No. 2. Also, Plaintiff does not list any assets yet pays motor vehicle insurance for $160 per month. Id. Please provide any supplemental income, such as grants, etc., and any assets. See, e.g., GMS Liberty LLC v. Hib, 2018 WL 1150839, at *1 (S.D. Cal. Mar. 2, 2018) (IFP denied because plaintiff failed to explain how he managed to pay for expenses while alleging he had no income of any kind); Holland v. Lake Cnty. Mun. Gov't, 2013 WL 2456105, at *2 (N.D. Ind. June 6, 2013).

*(attach additional pages if necessary)*