UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 24-05804 WDK (RAO) | Date: | November 15, 2024 |
| Title: | Breanna C. Webb v. Pepperdine University | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE**

   Plaintiff initiated this action on July 10, 2024. Dkt. No. 1. On September 26, 2024, the Complaint was dismissed with leave to amend. Dkt. No. 8. The September 26 order set a deadline of October 28, 2024 for filing a First Amended Complaint. *Id.* On October 1, 2024, Plaintiff filed a request for an extension of time to serve the complaint and summons on the defendant. Dkt. No. 9. Within that request, Plaintiff stated that she "will be amending [her] complaint by 10/28/2024." *Id.* On October 8, 2024, the Court granted Plaintiff's request for extension to serve. Dkt. No. 10. The Court again provided the October 28, 2024 deadline for Plaintiff to amend her complaint and stated that it will set a deadline for service if needed after screening the amended complaint. *Id.*

   To date, Plaintiff has not filed an amended complaint. **Plaintiff is ordered to show cause, in writing, no later than <u>December 13, 2024</u>,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint correcting the deficiencies identified in the September 26, 2024 order. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

| | : | |
|---|---|---|
| | Initials of Preparer | er |