UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA C. WEBB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEPPERDINE UNIVERSITY,<br><br>　　　　Defendant. | Case No. CV 24-05804 WDK (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge ("Report") dated March 21, 2025, Dkt. No. 13, and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

DATED: June 30, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM D. KELLER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE