JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA C. WEBB,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPERDINE UNIVERSITY,<br><br>    Defendant. | Case No. CV 24-05804 WDK (RAO)<br><br>JUDGMENT |

    In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATE: June 30, 2025

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE